An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

COSTA CASA PROPERTY
MANAGEMENT, INC., A NEW MEXICO
CORPORATION; AND COSTA CASA
PROPERTY MANGEMENT, INC., A
NEVADA CORPORATION,
Appellants,
vs.
LAWRENCE THOMPSON, AN
INDIVIDUAL,
Respondent.

No. 58752

**FILED**

MAY 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER OF AFFIRMANCE

This is an appeal from a district court order appointing a receiver in a tort and corporations action. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

The underlying case involves a dispute over control of several parcels of real property and over ownership of the appellant corporations. Respondent Lawrence Thompson moved for the appointment of a receiver for appellants, which the district court granted. Appellants appealed. We review a district court order appointing a receiver for an abuse of discretion. *Nishon's, Inc. v. Kendigian*, 91 Nev. 504, 505, 538 P.2d 580, 581 (1975).

On appeal, appellants first argue that Mr. Thompson does not have standing to seek to appoint a receiver because his interest in appellants was assigned to Lakeside Management Services, Inc. After reviewing the parties' arguments and the appendix, we conclude that Mr. Thompson had standing to request a receiver. *See* NRS 32.010.

Regarding appellants' other arguments, the district court found that Mr. Thompson was more than a mere creditor of appellants and

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14441

had an interest in appellants sufficient to request the appointment of a receiver. The district court also found that a sufficient risk of loss, waste, or mismanagement existed to appoint a receiver.

Having considered the briefs and appendices in this appeal, we conclude that substantial evidence supports the district court's factual findings and that the district court did not abuse its discretion when it appointed a receiver. Accordingly, we affirm the district court's order.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Ronald J. Israel, District Judge
Glenn C. Schepps
Kolesar & Leatham, Chtd.
Eighth District Court Clerk